| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-14585-AMC

MARLON K WHITE
152 W ALBANUS STREET
PHILADELPHIA PA 19120

Petition Filed Date: 07/10/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $200.00 | 852214541725 | 01/15/2019 | $200.00 | 852214549740 | 01/29/2019 | $200.00 | 852214556452 |
| 02/13/2019 | $200.00 | 852214564225 | 02/27/2019 | $200.00 | 852214571138 | 03/11/2019 | $200.00 | 852214578174 |
| 03/26/2019 | $200.00 | 852214585019 | 04/09/2019 | $200.00 | 852214593247 | 04/23/2019 | $200.00 | 852214604976 |
| 05/07/2019 | $200.00 | 852214617752 | 05/21/2019 | $200.00 | 852214624863 | 06/04/2019 | $200.00 | 852214631668 |
| 06/18/2019 | $200.00 | 852214638670 | 07/08/2019 | $200.00 | 852214645467 | 07/16/2019 | $200.00 | 852214653844 |
| 07/30/2019 | $200.00 | 852214660701 | 08/13/2019 | $200.00 | 852214667579 | 08/27/2019 | $200.00 | 852214674497 |
| 09/10/2019 | $200.00 | 852214681429 | 09/24/2019 | $200.00 | 852214688226 | 10/08/2019 | $200.00 | 852214696714 |
| 10/23/2019 | $200.00 | 852214703326 | 11/05/2019 | $200.00 | 852214710085 | 11/20/2019 | $200.00 | 852214716840 |
| 12/09/2019 | $200.00 | 852214723381 | 12/17/2019 | $200.00 | 852214730124 | 12/31/2019 | $200.00 | 852214736778 |
| 01/14/2020 | $200.00 | 852214744664 | 01/28/2020 | $200.00 | 852214751226 | 02/11/2020 | $200.00 | 852214758090 |
| 02/25/2020 | $200.00 | 852214765303 | 03/10/2020 | $200.00 | 852214772638 | 03/24/2020 | $200.00 | 852214779069 |
| 04/06/2020 | $200.00 | 852214787054 | 04/21/2020 | $200.00 | 852214793289 | 05/05/2020 | $200.00 | 852214799674 |
| 05/19/2020 | $200.00 | 852214806599 | 06/01/2020 | $200.00 | 852214812385 | 06/16/2020 | $200.00 | 852214818240 |
| 06/30/2020 | $200.00 | 852214823625 | 07/14/2020 | $200.00 | 852214830860 | 07/27/2020 | $200.00 | 852214836319 |
| 08/11/2020 | $200.00 | 852214841959 | | | | | | |

**Total Receipts for the Period: $8,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,800.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $1,097.50 | $0.00 | $1,097.50 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $10,832.22 | $5,515.00 | $5,317.22 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $2,694.31 | $0.00 | $2,694.31 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $3,051.08 | $0.00 | $3,051.08 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $5,099.65 | $0.00 | $5,099.65 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $708.06 | $0.00 | $708.06 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $205.86 | $0.00 | $205.86 |
| 1 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 001 | Unsecured Creditors | $10,060.65 | $0.00 | $10,060.65 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

Chapter 13 Case No. 18-14585-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,800.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $9,515.00 | Arrearages: | $190.00 |
| Paid to Trustee: | $925.00 | Total Plan Base: | $26,915.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.