| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-14585-AMC

MARLON K  WHITE
152 W ALBANUS STREET
PHILADELPHIA  PA    19120

Petition Filed Date: 07/10/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $200.00 | 852214744664 | 01/28/2020 | $200.00 | 852214751226 | 02/11/2020 | $200.00 | 852214758090 |
| 02/25/2020 | $200.00 | 852214765303 | 03/10/2020 | $200.00 | 852214772638 | 03/24/2020 | $200.00 | 852214779069 |
| 04/06/2020 | $200.00 | 852214787054 | 04/21/2020 | $200.00 | 852214793289 | 05/05/2020 | $200.00 | 852214799674 |
| 05/19/2020 | $200.00 | 852214806599 | 06/01/2020 | $200.00 | 852214812385 | 06/16/2020 | $200.00 | 852214818240 |
| 06/30/2020 | $200.00 | 852214823625 | 07/14/2020 | $200.00 | 852214830860 | 07/27/2020 | $200.00 | 852214836319 |
| 08/11/2020 | $200.00 | 852214841959 | 08/24/2020 | $200.00 | 852214847350 | 09/09/2020 | $200.00 | 852214853071 |
| 09/22/2020 | $200.00 | 852214858615 | 10/06/2020 | $200.00 | 852214866038 | 10/20/2020 | $200.00 | 852214871678 |
| 11/03/2020 | $200.00 | 852214877367 | 11/18/2020 | $200.00 | 852214883153 | 12/01/2020 | $200.00 | 852214888772 |
| 12/15/2020 | $200.00 | 852214894469 | 12/30/2020 | $200.00 | 852259505142 | 01/15/2021 | $200.00 | 852259512087 |
| 01/26/2021 | $200.00 | 852259517395 | 02/09/2021 | $200.00 | 852259523774 | 02/23/2021 | $200.00 | 852259529459 |
| 03/09/2021 | $200.00 | 852259534882 | 03/23/2021 | $200.00 | 852259542369 | 04/06/2021 | $200.00 | 852259549286 |
| 04/20/2021 | $200.00 | 852259554568 | 05/04/2021 | $200.00 | 59559958 | 05/18/2021 | $200.00 | 852259565677 |
| 06/02/2021 | $200.00 | 852259571279 | | | | | | |

**Total Receipts for the Period:  $7,400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $15,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $1,097.50 | $0.00 | $1,097.50 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $10,832.22 | $9,565.00 | $1,267.22 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $2,694.31 | $0.00 | $2,694.31 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $3,051.08 | $0.00 | $3,051.08 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $5,099.65 | $0.00 | $5,099.65 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $708.06 | $0.00 | $708.06 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $205.86 | $0.00 | $205.86 |
| 1 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 001 | Unsecured Creditors | $10,060.65 | $0.00 | $10,060.65 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-14585-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,000.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $13,565.00 | Arrearages: | $540.00 |
| Paid to Trustee: | $1,255.00 | Total Plan Base: | $26,915.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.