| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-14585-AMC**

MARLON K WHITE
152 W ALBANUS STREET
PHILADELPHIA PA  19120

Petition Filed Date: 07/10/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2021 | $200.00 | 852259549286 | 04/20/2021 | $200.00 | 852259554568 | 05/04/2021 | $200.00 | 59559958 |
| 05/18/2021 | $200.00 | 852259565677 | 06/02/2021 | $200.00 | 852259571279 | 06/15/2021 | $200.00 | 852259576832 |
| 06/29/2021 | $200.00 | 852259582265 | 07/13/2021 | $200.00 | 852259589430 | 07/27/2021 | $200.00 | 852259594637 |
| 08/10/2021 | $200.00 | 852259605249 | 08/24/2021 | $200.00 | 852259610437 | 09/07/2021 | $200.00 | 852259616312 |
| 09/21/2021 | $200.00 | 852259621685 | 10/05/2021 | $200.00 | 852259634387 | 10/19/2021 | $200.00 | 852259639564 |
| 11/02/2021 | $200.00 | 59644806 | 11/17/2021 | $200.00 | 852259650109 | 11/30/2021 | $200.00 | 852259655253 |
| 12/14/2021 | $200.00 | 852259660698 | 12/28/2021 | $200.00 | 852259666412 | 01/11/2022 | $200.00 | 852259673015 |
| 01/31/2022 | $200.00 | 852259678566 | 02/11/2022 | $200.00 | 852259684956 | 02/23/2022 | $200.00 | 852259690431 |
| 03/08/2022 | $200.00 | 852259695889 | 03/22/2022 | $200.00 | 852216778939 | 04/05/2022 | $200.00 | 852216785890 |
| 04/19/2022 | $200.00 | 852216790841 | 05/17/2022 | $200.00 | 852216801375 | 06/01/2022 | $200.00 | 852216806551 |
| 06/14/2022 | $200.00 | 852216811488 | 06/29/2022 | $200.00 | 852216816187 | 07/13/2022 | $200.00 | 852216822825 |
| 07/26/2022 | $200.00 | 852216827592 | | | | | | |

**Total Receipts for the Period: $6,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $1,097.50 | $0.00 | $1,097.50 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $10,832.22 | $10,832.22 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $2,694.31 | $0.00 | $2,694.31 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Unsecured Creditors | $3,051.08 | $0.00 | $3,051.08 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $5,099.65 | $3,876.29 | $1,223.36 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $708.06 | $0.00 | $708.06 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $205.86 | $142.21 | $63.65 |
| 1 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 001 | Unsecured Creditors | $10,060.65 | $0.00 | $10,060.65 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-14585-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,800.00 | Current Monthly Payment: | $455.00 |
| Paid to Claims: | $18,850.72 | Arrearages: | $655.00 |
| Paid to Trustee: | $1,751.00 | Total Plan Base: | $26,915.00 |
| Funds on Hand: | $198.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.