Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 18-14585-AMC**

MARLON K  WHITE
152 W ALBANUS STREET
PHILADELPHIA  PA    19120

Petition Filed Date: 07/10/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/27/2019

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/09/2022 | $200.00 | 852216832368 | 08/23/2022 | $200.00 | 852216841187 | 09/07/2022 | $200.00 | 852216848620 |
| 09/21/2022 | $200.00 | 852216853222 | 10/04/2022 | $200.00 | 852216857741 | 10/18/2022 | $200.00 | 852216864166 |
| 11/01/2022 | $200.00 | 852216868574 | 11/15/2022 | $200.00 | 852216873520 | 11/29/2022 | $200.00 | 852216877901 |
| 12/14/2022 | $200.00 | 852216882607 | 12/28/2022 | $200.00 | 852216887694 | 01/11/2023 | $200.00 | 852216893896 |
| 01/24/2023 | $200.00 | 852216898262 | 02/07/2023 | $200.00 | 852216903000 | 02/22/2023 | $200.00 | 852216907796 |
| 03/07/2023 | $200.00 | 852216912294 | 03/21/2023 | $200.00 | 852216916384 | 04/04/2023 | $200.00 | 852216920483 |
| 04/19/2023 | $200.00 | 852216926501 | 05/02/2023 | $200.00 | 852216930774 | 05/16/2023 | $200.00 | 852216935201 |
| 05/31/2023 | $200.00 | 852216939463 | 06/13/2023 | $200.00 | 852216944849 | 06/27/2023 | $200.00 | 852216949104 |
| 07/11/2023 | $200.00 | 852216955212 | 07/25/2023 | $200.00 | 852216959410 | | | |

**Total Receipts for the Period:  $5,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $26,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 5 | ATLAS ACQUISITIONS LLC<br>»» 005 | Unsecured Creditors | $1,097.50 | $195.11 | $902.39 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03P | Priority Crediors | $10,832.22 | $10,832.22 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»» 03U | Unsecured Creditors | $2,694.31 | $479.06 | $2,215.25 |
| 2 | NPRTO NORTH-EAST LLC<br>»» 002 | Secured Creditors | $3,051.08 | $906.47 | $2,144.61 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 006 | Mortgage Arrears | $5,099.65 | $5,099.65 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $708.06 | $125.89 | $582.17 |
| 7 | CITY OF PHILADELPHIA (LD)<br>»» 007 | Secured Creditors | $205.86 | $205.86 | $0.00 |
| 1 | PHILA MUNICIPAL COURT / TRAFFIC DIVISION<br>»» 001 | Unsecured Creditors | $10,060.65 | $1,788.76 | $8,271.89 |
| 8 | DAVID M OFFEN ESQUIRE<br>»» 008 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 18-14585-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,200.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $23,633.02 | Arrearages: | $715.00 |
| Paid to Trustee: | $2,202.98 | Total Plan Base: | $26,915.00 |
| Funds on Hand: | $364.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.