# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Pennsylvania

In re: Marlon K White                         Case No. 18-16293-mdc
        Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I   Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐       I owed no domestic support obligation, when I filed my bankruptcy petition, and I
have not been required to pay any such obligation since then.

☑       I am or have been required to pay a domestic support obligation. I have paid all
such amounts that my chapter 13 plan required me to pay. I have also paid all such
amounts that became due between the filing of my bankruptcy petition and today.

*Part II   If you checked the second box, you must provide the information below.*

My current address:  152 W Albanus St.
                      Philadelphia Pa. 19120

My current employer and my employer's address:  3900 Woodland Ave.
Philadelphia Pa. 19104 (Phila. V.A. Medical Center)

*Part III   Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑       I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1)
in property that I or a dependent of mine uses as a residence, claims as a homestead, or
acquires as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in
value in the aggregate.

☐       I have claimed an exemption in property pursuant to § 522(b)(3) and state or local
law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in
value in the aggregate.

*Part IV   Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

Executed on:  10-20-23                    Marlon K. White
              Date                        Marlon K White, Debtor