**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | | |
| **Marlon K White** | : | **Case No. 18-14585-AMC** |
| **xxx-xx-9166** | | |
| | | |
| **Debtor** | | |

**ORDER**

AND NOW, this __23rd__ day of __October__, 2023, it is hereby ORDERED that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATES BANKRUPTCY JUDGE**